# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**HAWA BAMBOO FLOORING TRADING CORP.,**
        **Plaintiff,**

**-vs-**                                                              **Case No. 6:07-cv-1998-Orl-18KRS**

**MAPLE DISTRIBUTION CENTER,**
        **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration *sua sponte* based on a review of the docket in this case. On December 21, 2007, the Court entered an order striking Plaintiff Hawa Bamboo Flooring Trading Corp.'s (Hawa Bamboo) complaint because it was filed by a representative of the corporation who is not an attorney admitted to practice in this Court. Doc. No. 2. The Court ordered Hawa Bamboo to cause an attorney who is a member of the bar of this Court file a proper complaint on or before January 8, 2008. The order cautioned that failure to comply with the order "could result in the case being dismissed for want of prosecution." *Id.*

As of the time of writing this Report and Recommendation, no attorney has appeared on behalf of Hawa Bamboo or filed an amended complaint. Accordingly, I respectfully recommend that this

case be **DISMISSED without prejudice** for failure to prosecute pursuant to Local Rule 3.10(a) and for failure to comply with a pretrial order of the Court as required by Federal Rule of Civil Procedure 16(f). If the Court adopts this recommendation, I further recommend that the Clerk of Court be directed to close the file.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on January 9, 2008.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy