UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HAWA BAMBOO FLOORING TRADING CORP.,
    Plaintiff,

-vs-                                              Case No. 6:07-cv-1998-Orl-18KRS

MAPLE DISTRIBUTION CENTER,
    Defendant.

## ORDER

This cause came on for consideration *sua sponte* based on a review of the docket by the United States Magistrate Judge for report and recommendation. The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the plaintiff, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. This case is **DISMISSED** without prejudice for failure to prosecute pursuant to Local Rule 3.10(a) and for failure to comply with a pretrial order of the Court as required by Federal Rule of Civil Procedure 16(f). The Clerk of the Court is directed to **CLOSE** the case.

It is **SO ORDERED** in Orlando, Florida, this _28_ day of January, 2008.

G. KENDALL SHARP
Senior United States District Judge

Copies to:
Unrepresented party
Counsel of Record
United States Magistrate Judge